IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

v.			No. 5:13-cv-50004-001, -002, and -003

BRANDON LYNN BARBER; JEFF WHORTON;
and BRANDON RAINS						DEFENDANTS

## ORDER

Currently before the Court is the Government's Motion to Seal (Doc. 26). The Court finds that allowing the requested motion and order to be filed under seal is necessary to protect a compelling government interest and that less restrictive alternatives are impracticable at this time.

IT IS THEREFORE ORDERED that the Government's Motion to Seal is GRANTED. The Clerk of the Court is directed to file the Government's Motion to Submit Information to the Court *ex parte* and Under Seal under seal. Any related order will also be filed under seal by the Court. The documents will remain under seal unless and until a motion to lift the seal is filed and/or the Court finds that the government's interest in maintaining the seal is outweighed by the public's right of access.

**IT IS SO ORDERED** this 30th day of April, 2013.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE