U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 2 3 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

DAVID FISHER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:13-CR-50004-004

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

P.K. Holmes, III, Chief U.S. District Judge
Name and Title of Judge

10-23-13
Date